plained of. See Lainhart vs. Catts, 73 Fla. 735, 75 Sou. 47; Dover Drainage District vs. Pancoast, 102 Fla. 267, 135 Sou. 518; Martin v. Dade Muck Land Co., 95 Fla. 530, 116 Sou. 449.

In this case the assessment was based on the front foot rule and, therefore, the inequality of assessment complained of by reason of complainant's property being of greater depth than other property has no basis in fact as it would have, had the special assessment been based in area as was the case of Gast Realty & Investment Co. et al. vs. Cheneider Granite Co., 240 U. S. 55, 60 Law Ed. 523.

The decree should be affirmed on authority of the opinion and judgment in the Florida cases above cited. It is so ordered.

Affirmed.

BUFORD, C.J. AND WHITFIELD, TERRELL AND DAVIS, J.J., concur.

ELLIS AND BROWN, J.J., dissent.

CALL STEWART, *Plaintiff in Error,* vs. STATE OF FLORIDA, *Defendant in Error.*

143 So. 759.

Division A.

Decision filed October 3, 1932.

*W. P. Chavous,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that

there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J. AND ELLIS AND BROWN, J.J., concur.

GEORGE NAILS, *Plaintiff in Error,* vs. THE STATE OF FLORIDA, *Defendant in Error.*

143 So. 759.

Division A.

Decision filed October 3, 1932.

*John L. Neeley,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant for the State.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J. AND ELLIS AND BROWN, J.J., concur.

STANDARD LUMBER COMPANY, a corporation, ADDISON L. GARDNER, JR., and EDWARD J. QUINN, individually and as Trustees, and ANNA L. SEARS, *Appellants,* vs. FLORIDA INDUSTRIAL COMPANY, a corporation, and THE BARNETT NATIONAL BANK OF JACKSONVILLE, as Trustee, *Appellees.*

141 So. 729.

Opinion filed May 11, 1932.